## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON DENT,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 19-2445** |
| | : | |
| **WILLIAM BARR,** | : | |
| *et al.,* | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 19th day of **June 2019**, upon the Court's *sua sponte*

review of Plaintiff's "Emergency Injunction," which the Court has construed as

Plaintiff's Complaint in this matter, under 28 U.S.C. §1915A, and in accordance

with the Court's accompanying Memorandum, it is hereby **ORDERED** that

Plaintiff's Complaint (ECF No. 1) is **DISMISSED**. The Clerk of Court is directed

to **CLOSE** this matter.

**BY THE COURT:**

**CHAD F. KENNEY, JUDGE**